# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 9, 2020

*Before*

WILLIAM J. BAUER, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 19-1300 | Appeal from the United States District Court for the Central |
| UNITED STATES OF AMERICA<br>    *Plaintiff-Appellee*, | District of Illinois. |
| | No. 3:18-cr-30011-SEM-TSH-1 |
| v. | |
| | Sue E. Myerscough, *Judge.* |
| SHAWN LEE<br>    *Defendant-Appellant*. | |

## O R D E R

Defendant-Appellant filed a petition for rehearing and rehearing en banc on April 1, 2020. No judge in regular active service has requested a vote on the petition for rehearing en banc, and all of the judges on the panel have voted to deny rehearing. Judge St. Eve called for an answer regarding the non-delegation issue and no judge in active service voted to hear the issue en banc.

The petition for rehearing is therefore **DENIED**.